(103 So. 926)

Cecil THRASH v. TOWN OF ECLECTIC. (5 Div. 554.) (Court of Appeals of Alabama. April 16, 1925.) Appeal from Circuit Court, Elmore County; George F. Smoot, Judge. Violating prohibition ordinance.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(100 So. 927)

John W. TILLERY v. STATE. (6 Div. 548.) (Court of Appeals of Alabama. June 3, 1924.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Possessing prohibited liquor.

SAMFORD, J. There is no bill of exceptions, and the record appears to be in all things regular and without error. Let the judgment be affirmed. Affirmed.

---

(102 So. 927)

Robert E. TIPTON, alias, etc., v. STATE. (8 Div. 175.) (Court of Appeals of Alabama. Feb. 3, 1925.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge. Desertion of wife.

BRICKEN, P. J. Appeal dismissed.

---

(104 So. 926)

W. B. TOWNSEND v. CITY OF TUSCALOOSA. (6 Div. 689.) (Court of Appeals of Alabama. May 12, 1925.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Violating prohibition ordinance.

RICE, J. Appeal dismissed.

---

(102 So. 927)

Namon TRAVIS v. CITY OF TUSCALOOSA. (6 Div. 417.) (Court of Appeals of Alabama. Nov. 27, 1924.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Carrying concealed weapon.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(103 So. 927)

Lige TRUETT v. STATE. (4 Div. 52.) (Court of Appeals of Alabama. April 14, 1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Violating prohibition law.

SAMFORD, J. Appeal dismissed

---

(103 So. 927)

TURNER v. STATE. (3 Div. 481.) (Court of Appeals of Alabama. Feb. 17, 1925.) Appeal from Circuit Court, Butler County; Arthur E. Gamble, Judge. Boss Turner was convicted of possessing a still, and he appeals. Affirmed.

Powell & Hamilton, of Greenville, for appellant.

The defendant was due the affirmative charge. Wilson v. State, ante, p. 62, 100 So. 914.

Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

The affirmative charge was properly refused.

SAMFORD, J. A complete distilling outfit was found near defendant's residence, and there was evidence from which the jury could conclude that such still was suitable to be used for the purpose of manufacturing whisky. There was also evidence tending to connect this defendant with its possession. The general charge, as requested by the defendant, was properly refused, and the motion to set aside the verdict and for a new trial was properly overruled. We find no error in the record. Let the judgment be affirmed. Affirmed.

---

(103 So. 927)

Albert UPSHAW v. STATE. (4 Div. 48.) (Court of Appeals of Alabama. April 14, 1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Violating prohibition law.

BRICKEN, P. J. Appeal dismissed.

---

(101 So. 926)

Riley VARNER v. STATE. (4 Div. 984.) (Court of Appeals of Alabama. Nov. 18, 1924.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge. Violating prohibition law.

SAMFORD, J. There is no bill of exceptions, and, finding no error in the record, the judgment is affirmed.

---

(102 So. 927)

Richard A. VEAL v. Samuel A. CONN. (8 Div. 156.) (Court of Appeals of Alabama. Jan. 22, 1925.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(104 So. 926)

Ed VEAL v. STATE. (7 Div. 80.) (Court of Appeals of Alabama. June 9, 1925.) Appeal from Circuit Court, Dekalb County; W. W. Haralson, Judge. Violating prohibition law.

BRICKEN, P. J. Appeal dismissed.

---

(104 So. 926)

Seab VINCENT v. STATE. (7 Div. 47.) (Court of Appeals of Alabama. May 26, 1925. Rehearing Denied June 9, 1925.) Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge. Violating prohibition law. J. D. Giles and W. J. Boykin, both of Gadsden, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. The exceptions reserved involve only elementary principles, and in none of them do we find prejudicial error. Affirmed.